IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 3:24-cv-00063-JPG |
| v. | )<br>) |
| JEFF UNTERBRINK, JOSHUA HILL, & SAMANTHA HILL, | )<br>) |
| Defendants. | |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case be entered in favor of the Plaintiff, Shelter Mutual Insurance Company, and against the Defendants, Jeff Unterbrink, Joshua Hill, & Samantha Hill.

**IT IS FURTHER DECLARED** that:

Shelter Mutual Insurance Company owes no duty to defend or indemnify Defendant Jeff Unterbrink under Policy No. 12-71-6461347-1, issued in Madison County, Illinois, in connection with the underlying litigation, *Joshua Hill and Samantha Hill v. Jeff Unterbrink*, Case No. 2023LA001019, filed in the Third Judicial Circuit Court of Madison County, Illinois.

**DATED:** January 29, 2025

MONICA A. STUMP, Clerk of Court

By:   *s/Tina Gray,*
         Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U.S. DISTRICT JUDGE